No. 1054, Misc. BANKS v. CALIFORNIA. Dist. Ct. App. Cal., 5th App. Dist. Certiorari denied. 

No. 1056, Misc. HOPTOWIT v. RHAY, PENITENTIARY SUPERINTENDENT. Sup. Ct. Wash. Certiorari denied.

No. 1057, Misc. REED v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 1058, Misc. ANDERSON v. FRYE, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 1061, Misc. ELLIS ET VIR v. HARADA ET AL. Sup. Ct. Hawaii. Certiorari denied. *Joseph A. Ryan* for petitioners.

No. 1062, Misc. ELLENBOGEN v. UNITED STATES. C. A. 2d. Cir. Certiorari denied. *Daniel H. Greenberg* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States. 

No. 1071, Misc. HAAS v. TAHASH, WARDEN. Sup. Ct. Minn. Certiorari denied. 

No. 1077, Misc. STAGGS v. HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1079, Misc. WOOTEN v. HENDERSON, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 1082, Misc. HARVEY ET AL. v. FLORIDA. Sup. Ct. Fla. Certiorari denied.